**Nicole N. Austin-Best**
Consultant

# Invoice

Date: 10/12/2015
Invoice #: 12 of 26

**BILL TO:**
OFFICE of COMPLIANCE CONSULTANTS
c/o Reed Smith, LLP
599 Lexington Avenue
New York, NY 10022
212-205-6029

### Re: Office of Compliance Consultants (Monitorship)

### FOR DIRECT DEPOSIT ONLY

**Invoice Summary**

2015 Professional Services Rendered:
September 27 – October 10

Current Rate:

| | |
|---|---|
| Current Fees | $ |
| Current Disbursements | $ |
| Invoice Total | $ |

**Time Detail**

| Date | Narrative | Hours |
|---|---|---|
| 9/27/15 | continued work on progress report; formatted and emailed thirty-fifth lighting selection | 8.00 |
| 9/28/15 | corresponded w/M. Antonetti re: DOC progress and Defendants' fire safety comments; corresponded w/J. Doyle re: fire safety meeting; finalized and emailed progress report to Court and parties | 4.50 |
| 9/29/15 | reviewed correspondences from M. Antonetti re: plans for fire safety components and RNDC site visit; printed and assembled hard copy progress report for delivery to Court | 3.25 |
| 9/30/15 | mailed progress report to Court; reviewed 9/28/15, 9/29/15, and 9/30/15 OCC light readings; completed data entry and formatted 9/28–9/30 light readings; reviewed correspondences re: RNDC fire safety site visit | 2.00 |

| Date | Description | Hours |
|---|---|---|
| 10/1/15 | corresponded w/Capt. Guillebeaux re: OCC light readings; corresponded w/M. Antoine re: EHO reports; reviewed PHS and EHO reports submitted 9/30/15; reviewed further correspondences re: RNDC site visit; corresponded w/Capt. Guillebeaux re: May–Aug. progress report; reviewed Teletype re: temperatures during heating season | 2.00 |
| 10/2/15 | assisted Capt. Guillebeaux with accessing May–Aug. progress report; reviewed 10/1/15 OCC light readings; completed data entry and formatted 10/1 light readings | 1.75 |
| 10/3/15 | reviewed sanitation reports received 9/25 and 9/30 | 5.00 |
| 10/4/15 | continued review of sanitation reports received 9/25 and 9/30; corresponded w/Capt. Guillebeaux re: lockdowns; formatted and emailed thirty-sixth and thirty-seventh lighting selections | 5.00 |
| 10/5/15 | corresponded w/E. Tarlow re: May–August progress report; phone call w/Capt. Guillebeaux; reviewed 10/5/15 OCC light readings; completed data entry and formatted 10/5 light readings | 2.00 |
| 10/6/15 | updated and revised lighting spreadsheets; reviewed complaint re: RNDC 6LS | 2.00 |
| 10/7/15 | updated logs re: sanitation reports; reviewed correspondence re: OCC request for court conference; corresponded w/Capt. Guillebeaux re: lighting | 2.00 |
| 10/8/15 | reviewed 10/7/15 OCC light readings; completed data entry and formatted 10/7 light readings; continued review of sanitation reports | 2.00 |
| 10/9/15 | reviewed 10/8/15 OCC light readings; completed data entry and formatted 10/8 light readings; reviewed BOC correspondence re: minimum standards | 2.00 |
| 10/10/15 | reviewed DOC ventilation reports and drafted email re: discrepancies; continued review of sanitation reports | 5.00 |
| | **TOTAL HOURS** | **46.50** |

**SERVICE CERTIFICATION:**

I, the undersigned, certify by signing or typing my name below, that the information provided herein is true and complete.

*[signature: Nicole Austin-Best]*

Kindly remit payment within 15 days of the invoice date.

Please make all checks payable to:
**Nicole N. Austin-Best**

If you have any questions about this invoice, please contact me at ▇▇▇▇▇▇▇▇

***Thank You!***

**FOR DIRECT DEPOSIT ONLY**