Office of Compliance Consultants
c/o John H. Doyle, III, Esq.
P O Box 1421, Bridgehampton, NY 11932
Tel: (917) 385-0156 Email: john.doyle4@gmail.com

July 25, 2019

**<u>Via E-Mail</u>**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
White Plains, NY 10007

Re: Letter of Resignation

Dear Judge Preska,

Effective immediately, I resign as Director of OCC and recommend that Nicole Austin-Best become my successor.

Respectfully yours,

/s/ John H Doyle III

JHD:rj

Cc: Heidi Grossman, Esq., Laura Mello, Esq., Lynn Werlwas, Nicole Austin-Best