**Benjamin Albert**
___

**From:** Preska NYSD Chambers
**Sent:** Monday, January 27, 2020 7:21 PM
**To:** Benjamin Albert
**Subject:** Fwd: Benjamin v. Brann, 75 Civ. 3073 (LAP) re: OCC progress report


Samantha Gencarello
Judicial Assistant to Judge Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-4848



**From:** Nicole N. Austin-Best <deputydirector@compliance-consultants.us>
**Sent:** Monday, January 27, 2020 6:42:25 PM
**To:** Preska NYSD Chambers <PreskaNYSDChambers@nysd.uscourts.gov>
**Subject:** Benjamin v. Brann, 75 Civ. 3073 (LAP) re: OCC progress report

Good evening,

I write because I received notice a few minutes ago that the defendants in the *Benjamin* litigation will be delayed in submitting responses to the draft progress report provided to the parties on January 12, 2020.

(The final progress report is due to the Court on Friday, January 31, 2020.)

Additionally, plaintiffs, today, requested extensive revisions based on their ongoing discussions with OCC and the defendants regarding matters that affect OCC's monitoring. Some of those discussions are ongoing and will be further discussed (and hopefully resolved) at a meeting scheduled between the parties (at which OCC has been invited to attend) on Thursday, February 13, 2020.

Plaintiffs report that they would support an application from OCC to the Court for the report to be finalized and submitted to the Court at a later date.

I respectfully request that OCC be allowed to submit its report to the Court after the February 13 meeting, with additional time to address any matters that may arise from the meeting, so that the report will be current and complete.

Respectfully, I request until March 2, 2020 or any date preferable to the Court to submit the final report.

Tomorrow and the remainder of the week, I may be contacted via telephone at (518) 267-3157.

Thank you and kind regards.

**Nicole N. Austin-Best**
*Deputy Director*

*Granted.
So ordered.
Loretta A. Preska
1/28/20*