UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JAMES BENJAMIN, et al.,

        Plaintiffs,

  - against -

CYNTHIA BRANN, et al.,

        Defendants.
------------------------------------------------------------- X

75-CV-3073 (LAP)

**NOTICE OF APPEARANCE**

TO:   The Clerk of Court and all parties of record.

    I am admitted to practice law in the United States District Court for the Southern District of New York. I hereby appear as co-counsel for plaintiffs in this action.

Dated:  New York, NY
          September 16, 2020

                                          Respectfully submitted,

                                          By:_____/s/_____
                                          DAVID BILLINGSLEY
                                                *Staff Attorney*
                                          The Legal Aid Society
                                    199 Water Street, 6th Floor
                                    New York, New York 10038
                                    Telephone: (212) 577-3530
                                    dbillingsley@legal-aid.org

cc:   all counsel of record
       (*via ECF*)