

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
www.legal-aid.org

John K. Carroll
*President*

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Mary Lynne Werlwas
*Director*
Prisoners' Rights Project

September 17, 2020

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

>   Re:   *Benjamin v. Brann*, 75-CV-3073 (LAP)
>         **Joint motion to adjourn OCC progress report submission date**

Your Honor:

  I write on behalf of all parties, and with the consent of the Office of Compliance Consultants ("OCC"), to request a two-week extension of time for the parties to submit comments to OCC concerning its Draft Report on Enviromental Conditions for the May – August 2020 reporting period, and a corresponding two-week extension of time for OCC to submit the finalized progress report to this Court. This is the first request for an extension related to the progress report for this reporting period.

  OCC's progress report is currently due to the Court on September 30, 2020. (*See* Order dated September 22, 2015, ECF No. 628). OCC requires at least five working days in order to incorporate and respond to the parties' comments to the draft report, and it has therefore requested that the parties' comments be submitted to it by September 22, 2020. Unfortunately, due to a combination of previously planned vacations and competing case commitments, plaintiffs require a brief adjournment of the submission dates. As stated, defendants have graciously joined this application, to which OCC consents. If the Court were to grant the extension, the parties' comments to OCC would be due on October 6, 2020, and OCC's finalized progress report to the Court would be due October 14, 2020. We respectfully request that the Court endorse this brief extension.

  We thank the Court for its time and consideration.

        Respectfully submitted,

        /s/

        Robert M. Quackenbush

cc: all counsel of record
   (via ECF)

Nicole N. Austin-Best, OCC
(via email)

The extension request is approved.
SO ORDERED.
Dated:  September 18, 2020

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.