

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**CHLARENS ORSLAND**
Phone: (212) 356-2086

E-mail:corsland@law.nyc.gov

January 14, 2021

**BY ECF**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street,
New York, N.Y. 10007

      Re:   <u>Benjamin v. Brann</u>
             75 Civ. 3073 (LAP)
             **<u>Parties' Request to Amend OCC Timetable Order</u>**

Dear Judge Preska:

        On behalf of the parties in the above captioned action, I write to request a modification of a prior order in this case that established the timetable for submission of the quarterly progress reports by the Monitor, the Office of Compliance Consultants ("OCC"). In the past, both sides have found that they often needed additional time beyond the two week response period currently required by the Order. In addition, the OCC Deputy Director has advised us that her own subsequent one-week submission period is unnecessarily compressed, and she would also benefit from additional time.

- 2 -

      Accordingly, the parties respectfully request that the underlying order be modified (a) to allow the parties 15 business days to respond, rather than 10, and (b) that OCC be allowed 10 business days, rather than 5, to submit the final package to the Court.  A proposed Order, agreed to by the parties and OCC, accompanies this letter.  We can provide a Word link to chambers if needed.  We appreciate the Court's attention to this matter.

                                                                                     Respectfully yours,

                                                                                      /s/
                                                                                      Chlarens Orsland
                                                                                     Brian Krist
                                                                                     Assistant Corporation Counsels

cc:      Veronica Vela, Esq.
            Robert Quackenbush, Esq.
            David Billingsley, Esq.
            Legal Aid Society
            Via ECF

            Nicole Austin Best
            OCC
            Via e-mail