UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BENJAMIN, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>CYNTHIA BRANN, et al.,<br><br>                Defendants. | No. 75-CV-3073 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

     Counsel shall confer and inform the Court, by no later than April 16, 2021, of their views on the bench trial conducted by Judge Baer in May 2014 and on which he did not rule.

**SO ORDERED.**

Dated:    March 26, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge