

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CHLARENS ORSLAND**
Phone: (212) 356-2086

E-mail:corsland@law.nyc.gov

April 15, 2021

**BY ECF**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street,
New York, N.Y. 10007

> Re: Benjamin v. Brann
> 75 Civ. 3073 (LAP)
> **Deft's Request to Adjourn Status Letter re: Heat Trial**

Dear Judge Preska:

On behalf of the defendants in the above captioned action, I write to request a one week extension of time--**from April 16, 2016 to April 23, 2016**--to respond to the Court's order dated March 26, 2021 (ECF No. 691), which directed the parties to "confer and inform the Court…of their views on the bench trial conducted by Judge Baer in May 2014 on which he did not rule." Plaintiffs' counsel does not object to this application.

The parties met last week and spoke with Your Honor's law clerk to clarify a few matters. Plaintiffs' counsel timely provided me with their version of the letter this week. However, my response requires some further consideration and vetting, as I feel it important to update the record based on new proposed changes to the Board of Correction's Minimum Standards affecting the Department of Correction's punitive segregation policies. The public comment period is ending tomorrow and the vote is scheduled for May 13, 2020. I believe a few additional days are necessary to ensure a proper presentation of our position, and plan on providing my draft to Plaintiffs' counsel next Wednesday, leaving counsel two days for any edits or additions they may need.

Therefore, Defendants respectfully request that the submission date for the joint status letter be adjourned from April 16, 2021 to April 23, 2021. No prior application has been made for the relief requested.

We appreciate the Court's attention to this matter.

Respectfully yours,

/s/
Chlarens Orsland
Assistant Corporation Counsel

cc: Veronica Vela, Esq.
Robert Quackenbush, Esq.
David Billingsley, Esq.
The Legal Aid Society
Via ECF