

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Chlarens Orsland
Assistant Corporation Counsel
(212) 356-2086
corsland@law.nyc.gov

May 25, 2023

**Via ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:  Benjamin v. Molina
     75 CV 3073 (LAP)

Dear Judge Preska:

On behalf of the Defendants in the above-captioned action, and with the consent of Plaintiffs' counsel and the Monitor, I write to request a one-week extension of the parties' submission deadlines relating to the current Office of Compliance Consultants' Draft Report on Environmental Conditions (January-April 2023). Currently, the parties' comments are due June 5, 2023, and we seek a new response date of June 12, 2023. Due to the upcoming Memorial Day holiday, the Defendants expect certain needed staff to be unavailable to assists us in our response.

SO ORDERED.

*Loretta A. Preska*
5/26/23

      We appreciate the Court's attention to this matter. No prior application has been made for the relief requested.

Respectfully yours,

Chlarens Orsland<br>
Assistant Corporation Counsel

c:    Counsel of record<br>
      Via ECF

      Nicole Austin-Best<br>
      OCC Deputy Director<br>
      Via e-mail