UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JAMES BENJAMIN,

                                          Plaintiff,

      -against-

LOUIS MOLINA,

                                          Defendant.

------------------------------------------------------------------- x

**ORDER RE: OFFICE OF COMPLIANCE CONSULTANTS**

75-cv-3073 (LAP)

      **WHEREAS,** the Court's Monitor, the Office of Compliance Consultants ("OCC"), provides the Court and the parties with periodic progress reports concerning the Department of Correction's compliance with the various environmental orders issued in this case;

      **WHEREAS,** since the Court created OCC in 1982, the practice of OCC has been to provide the Court and counsel with copies of the progress report via hand delivery, facsimile or e-mail to chambers;

      **WHEREAS,** the parties and OCC agree that it would be beneficial for these reports to be available to the public by being filed on the Electronic Case Filing System;

**ORDERED:**

1. The Clerk of the Court is directed to assign ECF login credentials for the Office of Compliance Consultants, which is currently designated on ECF as an interested party, to OCC Deputy Director Nicole Austin-Best, whose email address is deputydirector@compliance-consultants.us.

2. The Court directs OCC to serve its periodic progress reports on the parties and the Court by e-filing them on the ECF docket, consistent with time frames set forth in Paragraph 3 of the Revised Order re: Time Table for Submission of OCC Progress Reports dated January 14, 2021 (ECF No. 690).

Dated:   New York, New York
         June 7, 2023

THE LEGAL AID SOCIETY
Prisoners' Rights Project
Attorneys for Plaintiff
199 Water St.
New York, N.Y. 10038
(212) 577-3300
vvela@legal-aid.org

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 2-174
New York, N.Y. 10007
(212) 356-2086
corsland@law.nyc.gov

By:   /s/ Veronica Vela
      Veronica Vela
      Robert M. Quackenbush
      Lauren Stephens-Davidowitz

By:   /s/ Chlarens Orsland
      Chlarens Orsland
      Assistant Corporation Counsel

SO ORDERED:

*/s/ Loretta A. Preska*   6/7/23

Hon. Loretta A. Preska
U.S.D.J