UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

JAMES BENJAMIN, et al.,                    75-cv-3073 (LAP)

                            Plaintiffs,    **NOTICE AND [PROPOSED]**
                                                            **ORDER FOR WITHDRAWAL**
   - against-                                             **AS COUNSEL**

LYNELLE MAGINLEY-LIDDIE,

                                    Defendant.
-------------------------------------------------

      PLEASE TAKE NOTICE that, upon the annexed declaration of Veronica Vela, and subject to the approval of the Court, Veronica Vela hereby withdraws as counsel for plaintiffs in the above-entitled action, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Her colleagues, Lauren Stephens-Davidowitz and Robert M. Quackenbush, attorneys at The Legal Aid Society, will continue to represent plaintiffs in this proceeding.

Dated: New York, New York
       September 24, 2025

                                                                 THE LEGAL AID SOCIETY

                                                                 By: /s/ *Veronica Vela*
                                                                 Veronica Vela
                                                                49 Thomas Street, 10th Floor
                                                                New York, NY 10013
                                                                Tel: 212-577-3530

9/25/25           SO ORDERED
                         *Loretta A. Preska*
                         LORETTA A. PRESKA
                         UNITED STATES DISTRICT JUDGE