

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Chlarens Orsland
Assistant Corporation Counsel
(212) 356-2086
corsland@law.nyc.gov

October 8, 2025

**Via ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

        Re:    <u>Benjamin v. Maginley-Liddie</u>
               75 CV 3073 (LAP)

Dear Judge Preska:

        On behalf of the Defendants in the above-captioned action, and with the consent of Plaintiffs' counsel and the Monitor, I write to request a one-week extension of the parties' submission deadlines relating to the current Office of Compliance Consultants' Draft Report on Environmental Conditions (May-August 2025). Currently, Defendants' (and Plaintiffs') responses are due October 14, 2025, and *I request a new submission date of October 21, 2025*. I make this request due to other office-related matters that I have had to attend to during this period.

        We appreciate the Court's attention to this matter. No prior application has been made for the relief requested.

Respectfully yours,

Chlarens Orsland
Assistant Corporation Counsel

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
10/9/25

cc:   Counsel and OCC Deputy Director
      Via ECF