

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Chlarens Orsland**
**Assistant Corporation Counsel**
**(212) 356-2086**
**corsland@law.nyc.gov**

February 13, 2026

**By ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

> Re:  Benjamin v. Molina
>      75 CV 3073 (LAP)

Dear Judge Preska:

On behalf of the Defendants in the above-captioned action, and with the consent of Plaintiffs' counsel and the Monitor, we write to request an extension of the parties' submission deadlines relating to the current Office of Compliance Consultants' Draft Report on Environmental Conditions (September–December 2025). *Currently, the parties' comments are due February 13, 2026, and we seek a new response date of February 25, 2026.* There have been a number of *Benjamin*-related developments in recent weeks, plus other litigation commitments, that have prevented Defendants from responding to the draft report.

We appreciate the Court's attention to this matter. No prior application has been made for the relief requested.

**SO ORDERED.** The Clerk of the Court shall close docket number 760.

_____
Loretta A. Preska, U.S.D.J.
February 17, 2026

Respectfully submitted,

/s Damion K. L. Stodola

Chlarens Orsland
Tonya Jenerette
Damion K. L. Stodola
Assistant Corporation Counsel

cc:    All Counsel and Deputy Director OCC (by ECF)