```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
JAMES BENJAMIN, et. al.,          :
                                  :      75-CV-3073 (LAP)
                                  :
              Plaintiffs,         :         Order
                                  :
         v.                       :
                                  :
STANLEY RICHARDS,                 :
COMMISSIONER,                     :
NEW YORK CITY                     :
DEPARTMENT OF CORRECTION,         :
IN HIS OFFICIAL CAPACITY,         :
et al.,                           :
                                  :
                                  :
              Defendants.         :
------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a conference on May 4, 2026, at 10:00 AM, at 500 Pearl Street, New York, New York 10007, in Courtroom 12A.  The purpose of the conference is to discuss the March 11, 2026, report on specific environmental conditions within the New York City jails.  The Clerk of the Court shall update the caption of this matter by substituting "Vincent N. Schiraldi" with "Stanley Richards" as Commissioner of the New York City Department of Correction, in his official capacity.  **SO ORDERED.**

Dated:    New York, New York
          April 27, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge