UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAMES BENJAMIN, | | ~~[PROPOSED]~~ ORDER RE: OCC ADMINISTRATIVE MATTERS AND RETENTION OF CONSULTANT EUGENE PEPPER |
| | Plaintiff, | |
| -against- | | |
| STANLEY RICHARDS, | | |
| | Defendant. | 75-cv-3073 (LAP) |

**WHEREAS,** this class action, brought on behalf of persons held in pre-trial detention, challenges various conditions of confinement in various correctional facilities operated by the New York City Department of Correction ("DOC" or the "Department");

**WHEREAS,** DOC provides funding to support the mandated monitoring of environmental conditions by Court monitor, known as the Office of Compliance Consultants ("OCC"), which in turn employs the services of experts in various fields;

**WHEREAS,** OCC seeks an increase in the compensation for the services of its Deputy Director, and seeks to modify other administrative requirements;

**WHEREAS,** OCC previously retained sanitarian Eugene Pepper as an environmental safety consultant (ECF No. 574), and OCC wishes to again retain Mr. Pepper as a consultant;

**WHEREAS,** the parties have no objection to these proposals of OCC;

**IT IS HEREBY ORDERED:**

1.     The total compensation of OCC Deputy Director Nicole N. Austin-Best is increased to $180,000.00 per year to be effective April 1, 2026.

2. This amount shall include benefits such as sick leave and paid vacation consistent with that provided to full-time city employees. Pursuant to the Deputy Director's current practice, she retains the option of purchasing her own health insurance from her total compensation package.

3. The Deputy Director shall submit invoices twice monthly to DOC's Legal Division as indicated in 'Supplemental Order Re: OCC Deputy Director Compensation' (ECF No. 655-2).

4. OCC may employ the services of Eugene Pepper as a consultant in environmental health and safety.

5. Mr. Pepper will be paid at the rate of $250.00 an hour.

Dated:     New York, New York
           April 27, 2026

THE LEGAL AID SOCIETY                    STEVEN BANKS
Prisoners' Rights Project                Corporation Counsel of the
Attorneys for Plaintiffs                 City of New York
49 Thomas Street                         Attorney for Defendants
New York, N.Y. 10013                     100 Church Street, Room 2-174
(212) 577-3300                           New York, N.Y. 10007
                                         (212) 356-4362
                                         dstodola@law.nyc.gov

By:  /s Lauren Allen-Yang          By:  /s Damion K. L. Stodola
     Mary Lynne Werlwas                 Damion K. L. Stodola
     Lauren Stephens-Davidowitz         Tonya Jenerette
     Lauren Allen-Yang                   Assistant Corporation Counsel

**SO ORDERED:**

4/29/26

Hon. Loretta A. Preska, U.S.D.J.

2