

**THE CITY OF NEW YORK**

**STEVEN BANKS**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Tonya Jenerette**
**Assistant Corporation Counsel**
**(212) 356-1983**
tjeneret@law.nyc.gov

June 9, 2026

**By ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

The underlined request is GRANTED. The Clerk of Court shall close docket number 773. **SO ORDERED.**

*Loretta A. Preska*

Loretta A. Preska, U.S.D.J.
June 9, 2026

Re:  Benjamin v. Molina
75 CV 3073 (LAP)

Dear Judge Preska:

On behalf of the Defendants in the above-captioned action, and with the consent of Plaintiffs' counsel and the Monitor, we write to request an extension of the parties' submission deadlines relating to the current Office of Compliance Consultants' Draft Report on Environmental Conditions (January–April 2026). Currently, the parties' comments are due June 12, 2026, and we seek a new response date of June 17, 2026. There have been a number of *Benjamin*-related developments in recent weeks, including preparation for the Fire Safety Summit with Plaintiffs and the Monitor and finalizing plans for the sanitation pilot, that have prevented Defendants from responding to the draft report.

We appreciate the Court's attention to this matter. No prior application has been made for the relief requested.

Respectfully submitted,

/s/ *Tonya Jenerette*

Tonya Jenerette
Damion K. L. Stodola
Assistant Corporation Counsel

cc:    All Counsel and Deputy Director OCC (by ECF)