UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BENJAMIN, et. al., Plaintiffs, v. STANLEY RICHARDS, COMMISSIONER, NEW YORK CITY DEPARTMENT OF CORRECTION, IN HIS OFFICIAL CAPACITY, et al., Defendants. | 75-CV-3073 (LAP) Order |

LORETTA A. PRESKA, Senior United States District Judge:

The status conference currently scheduled for September 9, 2026, is adjourned. The parties shall appear for a conference on October 6, 2026, at 10:00 AM, at 500 Pearl Street, New York, New York 10007, in Courtroom 12A. The Clerk of Court shall close docket number 779. **SO ORDERED.**

Dated: New York, New York
July 23, 2026

LORETTA A. PRESKA
Senior United States District Judge