UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

JAMES BENJAMIN, et. al.,

Plaintiffs,

v.

STANLEY RICHARDS,
COMMISSIONER,
NEW YORK CITY
DEPARTMENT OF CORRECTION,
IN HIS OFFICIAL CAPACITY,
et al.,

Defendants.

-------------------------------x

75-CV-3073 (LAP)

Order

LORETTA A. PRESKA, Senior United States District Judge:

The status conference currently scheduled for November 23, 2026, is adjourned. The parties shall appear for a conference on December 9, 2026, at 12:00 PM, at 500 Pearl Street, New York, New York 10007, in Courtroom 12A.

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge